AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

---

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

     v.

                                        **CASE NUMBER    1:20-CR-00627-RBK-1**

MAURICE J. PAOLA

     Defendant.

---

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)
### (For Offenses Committed On or After November 1, 1987)

The defendant, MAURICE J. PAOLA, was represented by NICHOLAS C. HARBIST, ESQ.

Upon motion of the government, violation numbers 2 and 4 of the Amended Supervised Release Petition have been dismissed.

The defendant admitted guilt to violation numbers 1 and 3 as stated on the Amended Violation Petition.    Accordingly, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation |
|---|---|
| 1 | Left district without permission |
| 3 | Possession of a controlled substance |

As pronounced on April 05, 2023, the defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.  Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 12/27/2019 remain in full force and effect, if not already paid.

Signed this _____5th_____ day of April, 2023.

                                    _____

                                    Robert B. Kugler
                                    Senior U.S. District Judge

AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

Judgment - Page 2 of 2

Defendant: MAURICE J. PAOLA
Case Number: 1:20-CR-00627-RBK-1

## IMPRISONMENT

      It is ordered and adjudged that the previously imposed term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term TIME ALREADY SERVED on Violations 1 and 3 of the Amended Petition.  No further term of supervised release shall be imposed.

## RETURN

      I have executed this Judgment as follows:

_____
_____
_____
_____

      Defendant delivered on _____ To _____

At _____, with a certified copy of this Judgment.


_____
United States Marshal

By _____
Deputy Marshal